UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETT

MACARENA MCLARDY,
    Plaintiff

v.                                                 C.A. NO. 05-10958-DPW

MAYFLOWER PLACE NURSING CENTER, INC.
    Defendant

### PLAINTIFF'S MOTION TO EXTEND
### TIME FOR SERVICE OF COMPLAINT FOR GOOD CAUSE

Now comes the Plaintiff in the above-captioned action and files this Motion To Extend Time For Service Of Complaint For Good Cause, pursuant to F.R.C.P. 4(m) and 6(b). For the reasons indicated in the attached Supporting Memorandum and exhibits, **Plaintiff requests a brief extension of 20 days, up to and including September 27, 2005, in order to effectuate service on the Defendant, and return proof of service to the Court's attention.** Granting of this brief extension will not prejudice the rights of Defendant in any way.

Respectfully Submitted,
Macarena McLardy,
By Her Attorney,

*/s/ Stephen T. Fanning*
Stephen T. Fanning #542343
305 South Main Street
Providence, RI 02903
401-272-8250
FAX: 401-272-4520