UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETT

MACARENA MCLARDY,
    Plaintiff

v.                                                  C.A. NO. 05-10958-DPW

MAYFLOWER PLACE NURSING CENTER, INC.
    Defendant

## MEMORANDUM
## IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND
## TIME FOR SERVICE OF COMPLAINT FOR GOOD CAUSE

    Now comes Stephen T. Fanning. Esq. counsel to the Plaintiff in the above-captioned action and files this Memorandum in Support of Plaintiff's Motion To Extend Time For Service Of Complaint For Good Cause, pursuant to F.R.C.P. 4(m) and 6(b), for a period of 20 days, up to and including September 27, 2005. In support of this Motion, and as attested to in the attached Affidavit (**Attachment 1**), the undersigned counsel states and swears as follows:

    The above-captioned action was filed on May 10, 2005. Following the filing of the above-referenced Complaint, and pursuant to the requirements of F.R.C.P. Rule 4(a) et seq., Plaintiff has attempted to make a diligent and good faith effort to serve the above-referenced Complaint prior to the expiration of 120 days (by on or about September 7, 2005). Despite this effort, and through no fault of the Plaintiff, service has not yet been accomplished. During at least five (5) attempts to serve the Complaint on Defendant's registered agent at his business and home addresses, the registered agent has been consistently unavailable. **(Attachment 2, Certification from Butler and Witten, Constables.) Service is scheduled to be made, by hand via constable, directly on the Plaintiff's place of business, on September 7, 2005.**

    **In light of all the above, Plaintiff requests a brief extension of 20 days, up to and including September 27, 2005, in order to effectuate service on the Defendant, and return proof of service to the Court's attention.** Granting of this brief extension will not prejudice the rights of Defendant in any way.

Respectfully Submitted,
Macarena McLardy,
By Her Attorney,

_____
Stephen T. Fanning #542343
305 South Main Street
Providence, RI 02903
401-272-8250
FAX: 401-272-4520

Attachment 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETT

MACARENA MCLARDY,
    Plaintiff

v.                                       C.A. NO. 05-10958-DPW

MAYFLOWER PLACE NURSING CENTER, INC.
    Defendant

**AFFIDAVIT IN SUPPORT OF MOTION TO EXTEND
TIME FOR SERVICE OF COMPLAINT FOR GOOD CAUSE**

Now comes Stephen T. Fanning. Esq. counsel to the Plaintiff in the above-captioned action and files this Affidavit in Support of Plaintiff's Motion To Extend Time For Service Of Complaint For Good Cause, pursuant to F.R.C.P. 4(m) and 6(b), for a period of 20 days, up to and including September 27, 2005. In support of this Motion, the undersigned counsel states and swears as follows:

1. My name is Stephen T. Fanning. I am a member in good standing of the Massachusetts Bar, and have been admitted to practice before this Honorable Court since September 18, 1984.
2. I maintain a law office at 305 South Main Street, Providence, RI 02903.
3. I am counsel to the Plaintiff in the above-captioned matter.
4. I filed the above-captioned matter on behalf of the Plaintiff on May 10, 2005.
5. Following the filing of the above-referenced Complaint, and pursuant to the requirements of F.R.C.P. Rule 4(a) et seq, I have made a diligent and good faith effort to serve the above-referenced Complaint prior to the expiration of 120 days (by on or about September 7, 2005).
6. On or about June 27, 2005, I retained the services of Butler and Witten, Constables, of Boston, Massachusetts, to effectuate service upon the Defendant's registered agent, as identified by the Commonwealth of Massachusetts Office of the Secretary of State Corporations Division.

7. The Constable attempted service on repeated occasions, at least five in number, at the office and residence of Defendant's registered agent, without success. (Attachment 2 to Plaintiff's Supporting Memorandum.)

8. Plaintiff was not informeded that service had not been accomplished until during or about late August, 2005, and did not receive written confirmation of that fact until September 5, 2005. Service is now scheduled to be completed directly on the Defendant employer's facility, by constable, on September 7, 2005.

9. In light of all the above, I request a brief extension of 20 days, up to and including September 27, 2005, in order to effectuate service and file proof of service with the Court.

10. Granting of this brief extension will not prejudice the rights of the Defendant in any way.

ATTEST

I hereby attest that the above, to the extent it is based upon my direct knowledge, is true and correct. To the extent any statement is made upon information and belief, I attest that such statements are made based upon said information and good faith belief, and that they are true and correct to the best of my knowledge.

_[signature]_                            Date: 9/7/05

NOTARY: I hereby affirm that the above named affiant personally appeared before me on September 7, 2005, and swore and affixed his hand to the above affidavit.

_[signature]_                            Date: 9/7/05

My commission expires: 8/13/07

3

Respectfully Submitted,
Macarena McLardy
By Her Attorney,

_____
Stephen T. Fanning #542343
305 South Main Street
Providence, RI 02903
401-272-8250
FAX: 401-272-4520

**UNITED STATES DISTRICT COURT**               ATTACHMENT 2

I hereby certify and return that today, July 6, 2005, I completed making due and diligent search for the within named Mayflower Place Nursing Center Inc., for their last and usual place of Business, Agent or Attorney and that I have been unable to find either within my precinct. I therefore return this precept without service upon Mayflower Place Nursing Center Inc..

Personal service was attempted as instructed, upon Sidney Insoft, the defendant entity's Registered Agent. Service was attempted at both his business and residential addresses, as reported by the Commonwealth of Massachusetts Office of the State Secretary Corporations Division. The business address is: 2000 Commonwealth Ave. (c/o Kesev Corp.) 1st Floor, Auburndale, MA and the residential address is: 5 Glen Oak Drive, Wayland, MA.

The documents were received for service on June 27, 2005 and service was attempted at the business address on June 28, 2005 at 11:00 AM  He was not in the office and he reportedly has no regular schedule.
Service was attempted at the residential address on June 29, 2005 at 7.30 PM. There was no answer.
Service was attempted at the residential address on June 30, 2005 at 9:10 PM. There was no answer.
Service was attempted at the residential address on July 5, 2005 at 3.00 PM. There was no answer.
Service was attempted at the residential address on July 6, 2005 at 7:00 AM  There was no answer.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 6, 2005

_[signature]_
**David H. Sullivan, Constable**
& Disinterested Person over Age 18


**Butler and Witten**
Boston, MA
(617) 325-6455