# United States District Court

──────── DISTRICT OF ────────

Macarena McLardy

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Mayflower Place Nursing Center, Inc.

# 05 10958 DFW

**TO:** (Name and address of defendant)

Mayflower Place Nursing Center, Inc.
579 Buck Island Rd.
West Yarmouth, MA 02673

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE  MAY 10 2005

1406

**UNITED STATES DISTRICT COURT**

I hereby certify and return that today, September 6, 2005, at 12:40 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named **Mayflower Place Nursing Center Inc.** by giving them in hand to Margaret Holmes, Executive Director and Agent in Charge authorized to accept service. Said service was effected at: Mayflower Place Nursing Center Inc., 579 Buck Island Rd., West Yarmouth, MA 02673.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on September 6, 2005.

_____
**Dennis Mahoney**, Constable
& Disinterested Person over Age 18.

Service & Travel:$220.00

**Butler and Witten**
Boston, MA
(617) 325-6455