UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Macarena McLardy,<br>　　　　Plaintiff,<br><br>v.<br><br>Mayflower Place Nursing Center, Inc.,<br>　　　　Defendant. | C.A. No. 05 10958 DPW |

**MAYFLOWER NURSING CENTER, INC.'S**
**LOCAL RULE 16.1(D)(3) CERTIFICATE**

　　　Pursuant to Local Rule of Civil Procedure for the United States District Court for the District of Massachusetts 16.1(D)(3), the defendant Mayflower Place Nursing Center, Inc., hereby certifies, that it has conferred with counsel regarding (1) the costs of litigating or resolving this matter through the various alternative courses; and (2) the possibility of resolving this matter through the use of alternative dispute resolution programs.

_____
Sidney Insoft
Mayflower Place Nursing Center, Inc.


MAYFLOWER PLACE NURSING
CENTER, INC.
By its attorneys,

_____
Valerie C. Samuels, Esq., BBO# 548539
Nancy J. Puleo, Esq., BBO# 648457
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA  02199
617-973-6100

Dated: October 26, 2005

ID # 421545v01/14386-2/ 10.14.2005