## CERTIFICATE OF SERVICE

    I, Nancy J. Puleo, Esquire of Posternak Blankstein & Lund LLP, hereby certify that on this 26th day of October, 2005 I served a copy of Mayflower Nursing Center, Inc.'s Local Rule 16.1 (d)(3) Certificate by electronic and first-class mail to Stephen Thomas Fanning, Esquire, 305 South Main Street, Providence, Rhode Island 02903.

*/s/ Nancy J. Puleo*
Nancy J. Puleo