UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 DEC -5 P 2: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

Macarena McLardy,
    Plaintiff,

v.

Mayflower Place Nursing Center, Inc.,
    Defendant.

C.A. No. 05 10958 DPW

### PLAINTIFF'S OBJECTION AND OPPOSITON TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S AUTOMATIC DISCLOSURES REQUIRED BY FED. R. CIV. P. 26.2 (A) AND REQUEST FOR SANCTIONS

Plaintiff's Objection and Opposition to Defendant's Motion to Compel Plaintiff's Automatic Disclosures required by Fed. Rule Civ. P. 26.2 (A) and Request for Sanctions. **As of the date of this Objection, Plaintiff has fully complied with all of her obligations, pursuant to FRCP 26.**

For the reasons set forth in the Attached Memorandum, it is respectfully requested that the Defendant's Motion be DENIED.

### REQUEST FOR HEARING

The Plaintiff respectfully requests a hearing on this matter as the Court deems appropriate.

Respectfully Submitted,
MACARENA MCLARDY
By her attorney,

*Stephen T. Fanning*

Stephen T. Fanning, Esq., BBO# 542343
305 South Main Street
Providence, RI 02903
401.272.8250

## Certification

I hereby certify that a true and correct copy of the above was served on counsel for the Defendant: Valerie C. Samuels, Esq. and Nancy J. Puleo, Esq. of Posternak Blankstein & Lund, LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199- 617.973.6100 by federal express.

*Stephen T. Fanning*   12/5/05