UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACARENA MCLARDY,<br>        PLAINTIFF,<br><br>v.<br><br>MAYFLOWER PLACE NURSING CENTER, INC.,<br>        DEFENDANT. | C.A. No. 05 10958 DPW |

## JOINT MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY

The parties in the above-referenced matter hereby move the Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time for two (2) months to conduct all discovery in the above matter. As grounds for this motion, the parties state as follows:

(1)  The parties respectfully request a two-month enlargement to conduct discovery. This is the parties' first and final request to enlarge the time to complete discovery.

(2)  Since the scheduling conference on November 3, 2005, the parties have been engaging in written discovery and making good faith attempts to schedule and conduct numerous depositions. Despite their efforts, the parties have been unable to complete all depositions due to their schedules and those of the deponents.

(3)  Counsel for both parties have numerous other commitments in February that will prevent them from completing the depositions necessary to prosecute and defend this case by the current deadline of March 1, 2006. Counsel for the defendant has a trial on March 6, 2006 in Suffolk Superior Court that will involve a significant amount of time to prepare in February. In addition, plaintiff's counsel has required court appearances, trials and arbitrations that will

ID # 460166v01/1268-131/ 02 08 2006

involve a significant amount of time in February. Accordingly, the parties have been able to schedule all of the depositions on mutually convenient dates in February.

(4)     Neither party will be prejudiced by allowance of this brief enlargement of time.

WHEREFORE, the parties' Joint Motion to Enlarge Time to Conduct Discovery for two (2) months should be **ALLOWED**.

| | |
|---|---|
| MACARENA MCLARDY<br>By her attorney, | MAYFLOWER PLACE NURSING CENTER, INC.<br>By its attorney, |
| /s/ Stephen T. Fanning<br>Stephen T. Fanning, BBO # 542343<br>305 South Main Street<br>Providence, RI 02903<br>Tel: 401-272-8550<br>Fax: 401-272-4520 | /s/ Nancy J. Puleo<br>Valerie C. Samuels, BBO #548539<br>Nancy J. Puleo, BBO #648457<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Tel: 617-973-6100<br>Fax: 617-367-2315<br>npuleo@pbl.com |

## CERTIFICATE OF SERVICE

I, Nancy J. Puleo, Esquire of Posternak Blankstein & Lund LLP, hereby certify that on this ___ day of February, 2006 I caused a copy of the above to be served by first-class mail and electronic means to Stephen Thomas Fanning, Esquire, 305 South Main Street, Providence, Rhode Island 02903.

/s/ Nancy J. Puleo
Nancy J. Puleo