UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACARENA MCLARDY,<br>    PLAINTIFF,<br><br>v.<br><br>MAYFLOWER PLACE NURSING<br>CENTER, INC.,<br>    DEFENDANT. | C.A. No. 05 10958 DPW |

## JOINT MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY

The parties in the above-referenced matter hereby move the Court, pursuant to Fed. R. Civ. P. 6(b)(1), for a final enlargement of time for two (2) months to conduct all discovery in the above matter. As grounds for this motion, the parties state as follows:

(1)    The parties respectfully request a two-month enlargement to conduct discovery. This is the parties' second and <u>final</u> request to enlarge the time to complete discovery.

(2)    Since the scheduling conference on November 3, 2005, the parties have been engaging in written discovery and making good faith attempts to schedule and conduct several depositions. Several depositions have been noticed during the month of April.

(3)    Counsel for both parties have numerous other commitments in April that will prevent them from completing the depositions necessary to prosecute and defend this case by the current deadline of May 1, 2006. Counsel for the defendant has a trial on May 1, 2006 in Suffolk Superior Court, <u>LaForest v. Somerville Housing Authority et al.</u>, Civil Action No.98-2293C, which will involve a significant amount of time to prepare in April. In addition, plaintiff's counsel has numerous commitments, including mandatory court appearances, which involve a

-2-

significant amount of time in April. Accordingly, the parties have been able to schedule all of the depositions on mutually convenient dates prior to the current discovery deadline.

(4)  The enlargement of time to conduct discovery will also allow the parties to further explore settlement potential, which has recently been discussed among counsel.

(5)  Neither party will be prejudiced by allowance of this brief enlargement of time. The Complaint in this case was served on the defendant in September of 2005 and even with the requested extension; the discovery aspect of this case will be completed within ten (10) months of service of the Complaint.

WHEREFORE, the parties' Joint Motion to Enlarge Time to Conduct Discovery for two (2) months should be **ALLOWED**.

| MACARENA MCLARDY<br>By her attorney, | MAYFLOWER PLACE NURSING CENTER, INC.<br>By its attorney, |
|---|---|
| /s/ Stephen T. Fanning<br>Stephen T. Fanning, BBO # 542343<br>305 South Main Street<br>Providence, RI 02903<br>Tel: 401-272-8550<br>Fax: 401-272-4520 | /s/ Nancy J. Puleo<br>Valerie C. Samuels, BBO #548539<br>Nancy J. Puleo, BBO #648457<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Tel: 617-973-6100<br>Fax: 617-367-2315<br>npuleo@pbl.com |

## CERTIFICATE OF SERVICE

I, Nancy J. Puleo, Esquire of Posternak Blankstein & Lund LLP, hereby certify that on this ___ day of April, 2006 I caused a copy of the above to be served by first-class mail and electronic means to Stephen Thomas Fanning, Esquire, 305 South Main Street, Providence, Rhode Island 02903.

/s/ Nancy J. Puleo