UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

MACARENA MCLARDY,
        PLAINTIFF,

v.

MAYFLOWER PLACE NURSING
CENTER, INC.,
        DEFENDANT.

C.A. No. 05 10958 DPW

## JOINT MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY

    The parties in the above-referenced matter hereby move the Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time for one month (1) month to conduct all discovery in the above matter. The parties also move for a corresponding extension of the summary judgment deadline and upcoming status conference scheduled for August 24, 2006. As grounds for this motion, the parties state as follows:

    (1) The parties respectfully request a one-month enlargement to conduct discovery. This is the parties' final request to enlarge the time to complete discovery. The proposed discovery deadline is <u>August 4, 2006</u> and the proposed summary judgment deadline is <u>September 8, 2006</u>.

    (2) Since the scheduling conference on November 3, 2005, the parties have engaged in written discovery, informal settlement discussions and have made good faith attempts to schedule and conduct numerous depositions. Several depositions have been firmly noticed for late June; however, despite the parties' efforts, they will be unable to complete all depositions

ID # 460166v01/1268-131/ 06.27.2006

due to their schedules and those of the deponents. Most recently, depositions have been cancelled on account of plaintiff's counsel's illness.

(3) Accordingly, the parties require a few additional weeks to complete depositions and consequently, to gather the deposition transcripts and prepare their respective cases for potential summary judgment motions.

(4) Neither party will be prejudiced by the allowance of this very brief enlargement of time.

WHEREFORE, the parties' Joint Motion to Enlarge Time to Conduct Discovery for one (1) month should be **ALLOWED**.

| | |
|---|---|
| MACARENA MCLARDY<br>By her attorney, | MAYFLOWER PLACE NURSING CENTER, INC.<br>By its attorney, |
| /s/ Stephen T. Fanning<br>Stephen T. Fanning, BBO # 542343<br>305 South Main Street<br>Providence, RI 02903<br>Tel: 401-272-8550<br>Fax: 401-272-4520 | /s/ Nancy J. Puleo<br>Valerie C. Samuels, BBO #548539<br>Nancy J. Puleo, BBO #648457<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA  02199<br>Tel:  617-973-6100<br>Fax: 617-367-2315<br>npuleo@pbl.com |

### CERTIFICATE OF SERVICE

I, Nancy J. Puleo, Esquire of Posternak Blankstein & Lund LLP, hereby certify that on this ___ day of June, 2006 I caused a copy of the above to be served by electronic means to Stephen Thomas Fanning, Esquire, 305 South Main Street, Providence, Rhode Island 02903.

/s/ Nancy J. Puleo

-3-