UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MACARENA McLARDY
          Plaintiff
                                    CIVIL ACTION NO. 05-10958-DPW
  v.

MAYFLOWER PLACE NURSING
CENTER, INC.,
      Defendant

### SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

     The Court having been advised that the above-entitled action
has been settled with respect to all parties;

     IT  IS  ORDERED that the above captioned matter be, and it
hereby is, DISMISSED without costs and without prejudice to the
right of any party upon good cause shown within 30 days, to reopen
the action if settlement is not consummated, otherwise the parties
shall file a Stipulation of Dismissal or an Agreement for Judgment
with the Court no later than **NOVEMBER 10, 2006.**

     The conference previously scheduled for October 12, 2006 is
canceled.



                                    BY THE COURT,

                                    /S/ Michelle Rynne

DATED: October 11, 2006             Deputy Clerk