<u>Exhibit A</u>

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACARENA MCLARDY,<br>   PLAINTIFF,<br><br>v.<br><br>MAYFLOWER PLACE NURSING CENTER, INC.,<br>   DEFENDANT. | C.A. No. 05 10958 DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby dismiss the claims contained in the Complaint and Counterclaims pursuant to Rule 41(a)(1)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, with prejudice and without costs. All rights of appeal as to this dismissal are hereby waived.

| | |
|---|---|
| MACARENA McLARDY,<br><br>By her attorney,<br><br>_____<br>Stephen T. Fanning, BBO #542343<br>305 South Main Street<br>Providence, RI 02903<br>Tel: 401-272-8550<br><br>Date: 8/29/06 | MAYFLOWER PLACE NURSING CENTER, INC.,<br><br>By its attorneys,<br><br>_____<br>Valerie C. Samuels, BBO #548539<br>Nancy J. Puleo, BBO #648457<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-8004<br>(617) 973-6100<br><br>Date: 8/30/06 |

ID # 451473v01/1268-113/ 07.11.2006

## CERTIFICATE OF SERVICE

I, Stephen T. Fanning, hereby certify that on this 21 day of ~~July,~~ Aug., 2006 I caused a copy of the above to be served by first-class mail and electronic means to Nancy J. Puleo, Esq., Posternak Blankstein & Lund, 800 Boylston Street, Prudential Tower, Boston, MA 02199.

Stephen T. Fanning

ID # 451473v01/1268-113/ 07.11.2006